**DENY; Opinion Filed January 14, 2020.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01342-CV**

### IN RE STEVEN B. AUBREY, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

## MEMORANDUM OPINION
Before Justices Myers, Schenck, and Nowell
Opinion by Justice Nowell

Before the Court is relator's November 4, 2019 petition for writ of mandamus seeking

relief with respect to two post-judgment discovery orders. In his petition, relator also challenges

the trial court's jurisdiction, and the denial of his motion to appear at an August 14, 2019 hearing

by telephone.

To be entitled to mandamus relief, relator must show both that the trial court has clearly

abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*

*of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, and

the mandamus record, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the

court must deny the petition if the court determines relator is not entitled to the relief sought).

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE

191342F.P05